POMPEI CONSTRUCTION COMPANY, INC., Appellant, v. CARLO GIOLITO and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN P. McKERVEY, Respondent, v. KERR STEAMSHIP COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN P. PARSONS, Appellant, v. EDITH M. PARSONS, Respondent.— Order modified as stated in order and, as modified, affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

REAL ESTATE TITLE INSURANCE AND TRUST COMPANY OF PHILADELPHIA and Others v. EDWARD A. HENDRICKSON and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SARANAC LAND AND TIMBER COMPANY v. JAMES A. ROBERTS, as Comptroller, etc.— Motions granted; questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LEON TANENBAUM and Others v. WILLIAM ROSS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith Page and Philbin, JJ.

In the Matter of HENRY BISCHOFF, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FAIRFAX HOTEL COMPANY, INC., v. BERNABE BARRICS.— Motion granted on plaintiff's filing stipulation for judgment absolute in event of affirmance. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

KATHERINE H. ROHLOFF v. ROBERT M. CATTS.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

137TH ST. REALTY CORPORATION v. SAMUEL ROBBINS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

POMPEI CONSTRUCTION COMPANY, INC., v. CARLO GIOLITO and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LEON JOBIN v. JULIA W. M. C. LAWRENCE.— Motion denied, without costs and without prejudice to renewal as stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HERBERT S. MICHAEL v. CAYEY-CAGUAS TOBACCO COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOSEPH P. COLLINS v. INTERNATIONAL HIGH SPEED STEEL COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EQUITABLE LIFE ASSURANCE SOCIETY v. JUDSON B. WILDS, as Executor, etc.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.